IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN HOLLIDAY,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **STATE FARM INSURANCE COMPANY,** | : | |
| *Defendant.* | : | **NO. 23-cv-2499** |

## ORDER

**AND NOW**, this **27th** day of **July 2023**, upon consideration of Plaintiff's Motion to Remand (ECF No. 11) and Defendant's Response in Opposition (ECF No. 14), it is **hereby ORDERED** that Plaintiff's Motion (ECF No. 11) is **GRANTED**. It is **FURTHER ORDERED**:

1. This case is remanded to the Philadelphia County Court of Common Pleas;

2. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, JUDGE